# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brandon Woods, on behalf of himself and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| First Choices Energy Services LLC, | ) ) | Case No. 1:17-cv-222 |
| Defendant. | ) | |

Before the Court is the Plaintiff's "Notice of Dismissal with Prejudice" filed on March 29, 2018. See Docket No. 3. The Court **ADOPTS** the Plaintiff's notice (Docket No. 3), and **ORDERS** the action be dismissed with prejudice and without costs or disbursements to any party, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2018.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court